IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALEB BALDWIN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| | ) Case No. 17-cv-848 |
| Plaintiff, | )<br>) Hon. Charles P. Kocoras |
| | ) |
| v. | ) Hon. Young B. Kim |
| | ) |
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation, | )<br>)<br>) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Caleb Baldwin ("Plaintiff") and Defendant American Multi-Cinema, Inc. ("Defendant") hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and the claims of the proposed Class without prejudice. Each party shall bear its own fees and costs.

**STIPULATED AND AGREED TO:**

Dated: September 6, 2017

**LITE DEPALMA GREENBERG, LLC**

By: */s/ Katrina Carroll*

Katrina Carroll
*kcarroll@litedepalma.com*
Kyle A. Shamberg
*kshamberg@litedepalma.com*
Ismael T. Salam
*isalam@litedepalma.com*
211 W. Wacker Drive
Suite 500
Chicago, IL 60606
Phone: 312.750.1265

*Counsel for Plaintiff*

Respectfully submitted,

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: */s/ E. Crystal Lopez*

Joshua Briones
*JBriones@mintz.com*
E. Crystal Lopez
*CLopez@mintz.com*
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Direct: +1.310.586.3203
Fax: +1.310.586.3202

*Counsel for Defendant*

702711.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Stipulation Of Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF system this 6th day of September, 2017 and served electronically on all counsel of record.

/s/ Katrina Carroll