## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Caleb Baldwin

                                    Plaintiff,

v.                                                                 Case No.: 1:17–cv–00848
                                                                              Honorable Charles P. Kocoras

American Multi–Cinema, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of Dismissal filed on 9/6/2017 [26], Plaintiff Caleb Baldwin and Defendant American Multi–Cinema, Inc. hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and the claims of the proposed Class without prejudice. Each party shall bear its own fees and costs. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.